**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTHUR L. HENDERSON,        ) NO. CV 18-7248-MWF(E)
                              )
             Petitioner,   )
                              )
    v.                    )         JUDGMENT
                              )
STU SHERMAN, Warden,       )
                              )
                              )
             Respondent.   )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without
prejudice.

        DATED: February 15, 2019

                       _____
                         MICHAEL W. FITZGERALD
                    UNITED STATES DISTRICT JUDGE